HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSEY F. REED,<br><br>        Petitioner,<br><br>   v.<br><br>PATRICK GLEBE,<br><br>        Respondent. | CASE NO. C15-5063RBL-JRC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. The Court denies petitioner's application to proceed In Forma Pauperis;

3. The Petitioner has already paid the filing fee;

4. The Clerk is directed to send a copy of this Order to petitioner, and to the Hon. J. Richard Creatura.

Dated this 9th day of March, 2015.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1