HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSEY F. REED,

    Plaintiff,

v.

PATRICK GLEBE,

    Defendant.

CASE NO. C15-5063-RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

1. The Court adopts the Report and Recommendation;
2. The Court **DISMISSES** this petition as untimely. The Court will not issue a certificate of appealability.

Dated this 2nd day of July, 2015.

Ronald B. Leighton
United States District Judge